■ SANDRA J. PAY et al., as Guardians of SHERILYNN M. KIRISITS, Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 2.) (Claim No. 72324.) [625 NYS2d 956] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Court of Claims, McMahon, J.—Negligence.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.